

NORTH CAROLINA WESTERN
MEMORANDUM

Date: January 26, 2017
To: The Honorable Robert J. Conrad, Jr., U.S. District Judge
From: Christopher R. Barber
U.S. Probation Officer
Subject: Jerrod Beddingfield
Docket Number: 3:12CR00369-004
**REQUEST FOR TRAVEL TO CANCUN, MEXICO**

---

This letter is in reference to the above-named offender, convicted on 2/2/16 for the offence of Conspiracy to Defraud the U.S. (Access Protected Computers Without the Authorization to Obtain Information Valued in Excess of $5,000.00), in violation of 18 U.S.C. 371. He was sentenced to a term of 15 months imprisonment followed by 2 years supervised release with the following Special Conditions: 1) The shall pay a $100.00 Special Assessment Fee (Paid in Full); and 2) The defendant shall make restitution in the amount of $3,244,135.00 ($25,179.00 Paid to date; Balance - $3,219.056.00) in $200.00 monthly installments.

The defendant has requested to travel to Cancun, Mexico from 2/19/17 – 2/22/17 for a planning and strategy retreat sponsored by his employer, Lynk Capital. If approved for travel, he will be staying at the Moon Palace Golf and Spa Resort, Carretera Cancun-Chetumal Km. 36.5, Riviera Maya, 77500 Cancun, QROO, Mexico – (888) 702-0913.

Since the defendant's release to supervision on 2/19/16, he has maintained a stable home and employment plan. All court payments are current. All drug screens have been negative, and he has not has any conflicts with law enforcement. Based on the defendant's conduct, it is respectfully recommended that he be allowed to travel to Mexico for his upcoming work related trip.

Thank you for your attention in this matter, and should you have any questions, please feel free to contact me at 704-350-7654.

( x ) Permission to Travel Approved

(   ) Permission to Travel Denied

(   ) Other

Signed: January 26, 2017

*Robert J. Conrad*

Robert J. Conrad, Jr.
United States District Judge